# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

MAYNARD SANDERS,      )
                         )
      Movant,      )
                         )
v.                     )        CV419-051
                         )        CR417-011
UNITED STATES OF AMERICA,  )
                         )
      Respondent.     )

## ORDER

Maynard Sanders moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. CR417-011, doc. 66; *see United States v. Almand*, 992 F.2d 316, 317 (11th Cir. 1993) (individuals challenging the validity of any sentence, including those imposed for revocation of supervised release, must utilize § 2255). The Court DIRECTS the Government to respond within ninety days from the date of this Order. 28 U.S.C. § 2255 Rule 4(b).

**SO ORDERED,** this <u>13th</u> day of March, 2019.

_Christopher L. Ray_

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA