# United States District Court
## Southern District of Georgia

Maynard Sanders,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-51
CR417-11

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated 3/12/20, adopting the U.S. Magistrate Judge's Report and Recommendation as the opinion of the court, judgment is hereby entered granting the government's motion to dismiss and dismissing plaintiffs' motion to vacate pursuant to U.S.C. § 28:2255. Plaintiff is not entitled to a Certificate of Appealability and this case stands closed.



| | |
|---|---|
| 3/12/20 | Scott L. Poff |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |